**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor O. Dema, ) | No. CV-07-473-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Snell & Wilmer, L.L.P.; Robert Feinberg; ) and Michael J. Yates, ) | |
| Defendants. ) | |

Plaintiff commenced this action by filing a pro se complaint against Defendants on March 2, 2007. Dkt. #1. Plaintiff has filed a motion to proceed in forma pauperis and a motion to commence civil action with partial payment of filing fees. Dkt. ##3-4.

The Court will deny Plaintiff's motion to proceed in forma pauperis. Plaintiff has indicated that he is able to pay the filing fee in this case. *See* Dkt. #4. Moreover, Plaintiff's supporting financial affidavit is incomplete. *See* Dkt. #3. Rather than allowing Plaintiff to make partial payments, the Court will give Plaintiff until **April 6, 2007** to pay the filing fee in full. Plaintiff is advised that if he fails to pay the filing fee as required by this order, the complaint will be dismissed without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992) (holding that the district court did not abuse its discretion in dismissing a pro se plaintiff's complaint for failing to comply with a court order).

**IT IS ORDERED:**

1. Plaintiff's motion to proceed in forma pauperis (Dkt. #3) is **denied**.

2. Plaintiff's motion to commence civil action with partial payment of filing fees (Dkt. #4) is **denied**.

3. Plaintiff has until **April 6, 2007** to pay the filing fee in this case.

4. The Clerk shall terminate this action without further notice if Plaintiff fails to pay the filing fee as required by this order.

DATED this 12th day of March, 2007.

David G. Campbell
United States District Judge